

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2015

No. 04-15-00623-CV

**IN THE ESTATE OF MARJORIE A. CHILDS,** Deceased,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2014-PC-0056
Honorable Tom Rickhoff, Judge Presiding

# O R D E R

  Appellee's unopposed motion to extend time to file reply brief is granted in part and denied in part. We order appellee's brief due January 4, 2016.

_____
Luz Elena D. Chapa, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court

